IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PLATTSMOUTH OPERATIONS, LLC, and
PLATTSMOUTH PHC PROPCO, LLC,

                    Plaintiffs,

          vs.

GENERAL STAR INDEMNITY COMPANY,

                    Defendant.

**8:23CV545**

**ORDER OF RECUSAL**

      This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

      The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

      Dated this 13th day of December, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge